1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  BENJAMIN J. WOLINSKY (CABN 305410)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-6996
6      Facsimile: (415) 436-6748
       Email:  benjamin.wolinsky@usdoj.gov
7
   Attorneys for the United States of America
8
                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
   IN THE MATTER OF THE REQUEST FOR    )   Case No.
12 JUDICIAL ASSISTANCE FROM THE        )
    SEOUL CENTRAL DISTRICT COURT NO.   )
13 157  IN THE REPUBLIC OF KOREA IN THE )
   MATTER OF JONGMIN BAEK V.           )
14 UNKNOWN DEFENDANTS.                 )
   _____)
15
16     _EX PARTE_ **APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)**

17         The United States hereby petitions the Court for an order under 28 U.S.C. § 1782(a) appointing

18 Assistant U.S. Attorney Benjamin J. Wolinsky as Commissioner for purposes of obtaining written

19 statements from Meta Platforms, Inc. ("Meta") in connection with a letter of request (No. 2023-F-1109)

20 from the National Court Administration of the Republic of Korea.  The letter seeks written statements

21 from Meta for a civil judicial proceeding captioned *Jongmin Baek v. Unknown Defendants* in the Seoul

22 Central District Court No. 157.

23         The grounds for this application are more fully articulated in the accompanying memorandum of

24 law.  A proposed order is also provided for the convenience of the Court.

25

26

27

28

Date: September 28, 2023

Respectfully submitted,
ISMAIL J. RAMSEY
United States Attorney

By:  */s/ Benjamin J. Wolinsky*
BENJAMIN J. WOLINSKY
Assistant U.S. Attorney