ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    Facsimile: (415) 436-6748
    Email: benjamin.wolinsky@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE REQUEST FOR JUDICIAL ASSISTANCE FROM THE SEOUL CENTRAL DISTRICT COURT NO. 157 IN THE REPUBLIC OF KOREA IN THE MATTER OF JONGMIN BAEK V. UNKNOWN DEFENDANTS. | Case No. |

I, Benjamin J. Wolinsky, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an Assistant United States Attorney based in the Northern District of California. I am counsel for the United States in the above matter. I make this declaration based upon the attached exhibits and communications with personnel in the United States Department of Justice, to which a letter of request has been transmitted for execution. Specifically, I make this declaration in support of the United States' request, pursuant to 28 U.S.C. § 1782(a), for an order appointing me Commissioner for the purpose of obtaining information from Meta Platforms, Inc. ("Meta").

2. In connection with a judicial proceeding in the Seoul Central District Court No. 157, captioned *Jongmin Baek v. Unknown Defendants,* the National Court Administration of the Republic of Korea ("Korean Court") issued a letter of request (Foreign Reference Number, 2023-F-1109) seeking written statements from Meta. A true and correct copy of the Letter of Request is attached as Exhibit A.

3. Before making this application, I contacted Meta's attorney in a previous matter involving requests for internal judicial assistance; however, counsel declined to provide a voluntary

DECLARATION

response to the request and instead directed me to Meta's registered agent. A true and correct copy of my request is attached as Exhibit B; a true and correct copy of the response is attached as Exhibit C.

4. The specific information requested by the Korean Court is reflected in a subpoena addressed to Meta, which the United States intends to serve (in substantially similar format) upon my appointment as Commissioner. A copy of the proposed subpoena is attached as Exhibit D.

5. In order to assist the Korean Court in obtaining the requested information, I respectfully request that this Court enter the proposed Order attached to the Application appointing me Commissioner.

6. No previous Application for the relief sought herein has been made. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

San Francisco, California

September 28, 2023

*/s/ Benjamin J. Wolinsky*
BENJAMIN J. WOLINSKY
Assistant U.S. Attorney

DECLARATION