UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE REQUEST FOR JUDICIAL ASSISTANCE FROM THE SEOUL CENTRAL DISTRICT COURT NO. 157 IN THE REPUBLIC OF KOREA IN THE MATTER OF JONGMIN BAEK V. UNKNOWN DEFENDANTS, | Case No. 23-mc-80249-NC<br><br>**ORDER TO SHOW CAUSE AS TO WHY THIS CASE SHOULD NOT BE TRANSFERRED TO THE SAN FRANCISCO OR OAKLAND DIVISION**<br><br>Re: ECF 1 |

The Government filed an application for this Court to execute an order for international judicial assistance pursuant to 28 U.S.C § 1782. The request comes from the National Court Administration of the Republic of Korea on behalf of the Seoul Central District Court No. 157 ("Korean court"). The Korean court seeks Instagram-user account information from Meta Platforms, Inc. ("Meta"). However, Meta is headquartered in Menlo Park, which is in San Mateo County. Thus, the Court ORDERS the Government to show cause as to why this matter should not be transferred to the San Francisco or Oakland Division of the Northern District of California pursuant to Civil Local Rule 3-2.

"The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal." 28 U.S.C. §1782(a). However, Civil Local Rule 3-2(c) provides that cases not designated as district-wide pursuant to General

Order No. 44 must be assigned "to the court division serving the county in which the action arises." The rule continues that "all civil actions that arise in the count[y] of . . . San Mateo . . . shall be assigned to the San Francisco Division or the Oakland Division." Civil L.R. 3-2(d).

As a preliminary matter, the Government's request does not appear to be subject to district-wide assignment under General Order No. 44. Moreover, as noted above, Meta is located in San Mateo County, which falls within the purview of the San Francisco or Oakland Division. There are no obvious facts from the application or elsewhere evidencing any of the events occurred within the venue of the San Jose Division. Accordingly, the Government is ORDERED TO SHOW CAUSE as to why this action should not be transferred to the San Francisco or Oakland Division. The Government must show cause in writing by October 13, 2023.

**IT IS SO ORDERED.**

Dated: October 2, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge