ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6996
Facsimile: (415) 436-6748
Email:  benjamin.wolinsky@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE REQUEST FOR JUDICIAL ASSISTANCE FROM THE SEOUL CENTRAL DISTRICT COURT NO. 157 IN THE REPUBLIC OF KOREA IN THE MATTER OF JONGMIN BAEK V. UNKNOWN DEFENDANTS. | Case No. 5:23-mc-80249-NC<br><br>**RESPONSE TO ORDER TO SHOW CAUSE; [PROPOSED] ORDER** |

On October 2, 2023, the Court ordered the United States to show cause why this matter should not be transferred to the San Francisco or Oakland Division of the Northern District of California pursuant to Civil Local Rule 3-2.  *See* ECF 3.

The United States does not object to transferring this matter to the San Francisco or Oakland Division.

Dated: October 11, 2023                                      Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Benjamin J. Wolinsky*
BENJAMIN J. WOLINSKY
Assistant United States Attorney

RESPONSE TO ORDER TO SHOW CAUSE; [PROPOSED] ORDER

**[PROPOSED] ORDER**

Pursuant to Civil Local Rule 3-2(h), the Clerk shall transfer this matter to the San Francisco or Oakland Division.

IT IS SO ORDERED.

Dated: _____

_____
NATHANAEL M. COUSINS
United States Magistrate Judge