United States District Court
Northern District of California

1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
10
|                                                                    |                                                              |
| IN THE MATTER OF THE REQUEST FOR JUDICIAL ASSISTANCE FROM THE SEOUL CENTRAL DISTRICT COURT NO. 157 IN THE REPUBLIC OF KOREA IN THE MATTER OF JONGMIN BAEK V. UNKNOWN DEFENDANTS, | Case No. 23-mc-80249-NC **ORDER REASSIGNING CASE TO THE SAN FRANCISCO OR OAKLAND DIVISION** Re: ECF 4 |

17          The Government filed an application, on behalf of a foreign tribunal, seeking

18   account information from Meta Platforms, Inc.  ECF 1.  Meta is based in San Mateo

19   County.  Thus, the Court issued an Order to Show Cause directing the Government to

20   explain why this matter should not be transferred to the San Francisco or Oakland

21   Divisions in accord with Civil Local Rule 3-2(d).  ECF 3.  The Government filed its

22   response, stating it is not opposed to the transfer.  ECF 4.  Accordingly, the Court will

23   transfer this case to the Clerk for random reassignment in the San Francisco or Oakland

24   Division per Civil Local Rule 3-2(h).

25          **IT IS SO ORDERED.**

26

27   Dated:  October 11, 2023          _____

28                                      NATHANAEL M. COUSINS
                                        United States Magistrate Judge