UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Applicant,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　Proposed Subpoenaed Party. | Case No. 23-mc-80249-PHK<br><br>**ORDER SETTING DEADLINES RE SERVICE AND CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

　　　The United States of America ("USA") has filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for documents on Meta Platforms, Inc. ("Meta"). [Dkt. 1]. The application is made in connection with a Letter of Request issued by South Korean judicial authorities under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters regarding a civil action currently pending before the Seoul Central District Court No. 157 in Seoul, Republic of Korea, captioned *Jongmin Baek v. Unknown Defendant*, Foreign Reference Number 2022GaDan5254447. *See* Dkts. 1-1, 1-2.

　　　The resolution of the USA's § 1782 application is a case dispositive decision. *CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F. 4th 801, 808 (9th Cir. 2022). Absent the consent of all Parties, this Court lacks jurisdiction to hear and decide this matter. *Id.*; *Williams v. King*, 875 F.3d 500, 500 (9th Cir. 2017); *see* 28 U.S.C. § 636(c)(1). Counsel for the USA has apparently attempted to

confer about this matter with outside counsel for Meta (from a previous matter), but was informed to direct the request to Meta's registered agent for service instead. *See* Dkt. 1-3 at Exhs. B and C (correspondence between counsel).

Accordingly, no later than **October 23, 2023**, the USA shall formally serve on Meta the following documents: (1) a copy of the USA's *ex parte* application (including all supporting documents attached thereto); (2) a copy of this Order; (3) copies of this Court's Standing Orders (which are now applicable to this case); and (4) a copy of the standardized "Consent or Declination to Magistrate Judge Jurisdiction" form, which is available at: https://cand.uscourts.gov/mj_consent-declination_form_10-2020/.

The USA is further directed to promptly meet and confer with counsel for Meta in this matter and request that Meta timely file a "Consent or Declination to Magistrate Judge Jurisdiction" form, indicating whether Google consents to or declines Magistrate Judge jurisdiction in this matter. The deadline for all Parties to file with the Court a "Consent or Declination to Magistrate Judge Jurisdiction" form, indicating whether each Party consents to or declines magistrate judge jurisdiction in this matter, is set for **October 30, 2023**. Any Party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2). If the Court receives consent from the USA by October 30, 2023, but not from Meta by that date, then the Court **ORDERS** the USA to file a Status Report with the Court on or before **November 3, 2023** to report on status of meet and confers.

If the Court does not have consent from both the USA and Meta by **November 6, 2023**, the Court will consider appropriate action, including potentially ordering the Clerk of Court to reassign this matter to a district judge.

**IT IS SO ORDERED.**

Dated: October 16, 2023

_____
PETER H. KANG
United States Magistrate Judge

2